# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| CAPRICORN SYSTEMS, INC. )<br>)<br>  Plaintiff, )<br>)<br>v. )<br>)<br>TRUE PARTNERS CONSULTING, )<br>LLC )<br>)<br>  Defendant. ) | Civil Action File No.:<br>1:12-CV-0973-AT |

## VOLUNTARY DISMISSAL WITH PREJUDICE

Plaintiff Capricorn Systems, Inc., pursuant to Rule 41 of Federal Rules of Civil Procedure, hereby dismisses with prejudice the above captioned matter. The Complaint was not served on Defendant True Partners Consulting, LLC.

Respectfully submitted 29th day of August 2012.

> By: /Nigamnarayan Acharya/
> Georgia Bar No. 001469
> SEYFARTH SHAW LLP
> 1075 Peachtree Street N.E., Suite 2500
> Atlanta, Georgia  30309
> Telephone: (404) 885-1500
> Facsimile:  (404) 892-7056
> nacharya@seyfarth.com

14796860v.1